DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENEA J. CHAFE,**
Appellant,

v.

**CHRISTIAN CHAFE,**
Appellee.

No. 4D19-3448

[February 27, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose Izquierdo, Judge; L.T. Case No. DVCE 19-007951.

Renea Justine Chafe, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***